United States District Court
Southern District of New York
Desmond M Witherspoon

RECEIVED
NOV 19 2015
PRO SE OFFICE

Plaintiff,

15CV9149

Complaint

Desmond M Witherspoon
-vs-

Defendant(s)

International Olympic Committee, Nico Van Der MEulen Archetects, A-cero Jooquin Torres, KB Design, Koncerthusets Forside, Land Securities Group, Moinain, Shiodome City Center, Evergrande Group, Country Garden, Shimao Property Holding limited, Knife Depot, Hecklor & Koch GmbH, Sig Saur, Nasa, Schweizerische Industrie Gesellschaft, Aronald Receptionist Desk, United Nations, Nextel, Sprint

International Olympic Committee: Château de Vidy Case postale 356 1001 Lausanne Switzerland
Nico Van Der MEulen Archetects: 43 Grove St, Randburg, 2194, South AfricaA-cero Jooquin Torres Ortega y Gasset, 20 - 2ª Planta 28006 MADRID
KB Design: 5043 Rocky Point Road Victoria BC V9C 4G4 Canada
The Moinain Group: 3 Columbus Circle 23rd floor New York, NY 10019

Shimao Property Holding limited: 38th Floor, Tower One, Lippo Centre, 89 Queensway, Hong Kong

Evergrade Group: Evergrade Center No. 78 Huangpu Ave W. Tianhe District Guangzhou

Country Garden Holdings: Rooms 901-904, 9/F Manulife Provident Funds Place 345 Nathan Road Kowloon, Hong Kong

Knife Depot: 2417 Legacy Hills Dr. Geismar, LA 70734 USA

Hecklor & Koch GmbH: Heckler & Koch-Str. 1 | 78727 Oberndorf a.N. Germany
Sig Saur

Nasa: 300 E St SW, Washington, DC 20546

Schweizerische Industrie Gesellschaft: Laufengasse 188212 Neuhausen am Rheinfall Switzerland

Aronald Receptionist Desk: 120 Coit St, Irvington, NJ 07111

United Nations: 405 East 42nd Street, New York City, NY 10017

Nextel: 12502 Sunrise Valley Drive Reston, VA 20191

Sprint: PO Box 4191 Carol Stream, IL 60197-4191

This Court is invoked in pursuit to: Reorganization Act of 1939

Statement of Claim: Reorganization of Government Entities

Remedy: Service Agreement

_____
Signature

_____ 11/19/15
Date

296 Ninth Ave New York, N.Y. 10016

United States District Court
Southern District of New York
Desmond M. Witherspoon

Plaintiff,
Desmond M. Witherspoon

-vs-

Defendant(s)
International Olympic Committee

Complaint

See attached for additional defendants

Refer to case number 1:2015-cv-04328 Rivera