UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESMOND M. WITHERSPOON,<br><br>      Plaintiff,<br><br>  -against-<br><br>INTERNATIONAL OLYMPIC COMMITTEE, ET AL.,<br><br>      Defendants. | 15-CV-9149 (LAP)<br><br>ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651 |

LORETTA A. PRESKA, Chief United States District Judge:

On June 30, 2015, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Witherspoon v. Rivera*, No. 15-CV-4328 (LAP) (S.D.N.Y. June 30, 2015). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the June 30, 2015 order.

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: November 24, 2015
   New York, New York

                *Loretta A. Preska*
                LORETTA A. PRESKA
                Chief United States District Judge