UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESMOND M. WITHERSPOON,<br><br>                    Plaintiff,<br><br>        -against-<br><br>INTERNATIONAL OLYMPIC COMMITTEE, ET AL.,<br><br>                    Defendants. | 15-CV-9149 (LAP)<br><br>CIVIL JUDGMENT |

   Pursuant to the order issued November 24, 2015, dismissing the complaint,

   IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice pursuant to the June 30, 2015 order in *Witherspoon v. Rivera*, No. 15-CV-4328 (LAP) (S.D.N.Y. June 30, 2015).  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

   IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

   SO ORDERED.

Dated: November 24, 2015
       New York, New York

                                              _____
                                              LORETTA A. PRESKA
                                              Chief United States District Judge