

RECEIVED
SDNY PRO SE OFFICE
2016 AUG 29  PM 4: 15
S.D. OF N.Y.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Witherspoon
_____

Write the full name of each plaintiff or petitioner.

Case No. 1:15 CV 09149 - LAP

-against-

International Olympic Committee
_____

**NOTICE OF MOTION**

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that  Plaintiff / Desmond Witherspoon
                         plaintiff or defendant    name of party who is making the motion

requests that the Court: re-instate / re-open case. Grant in favor Plaintiff

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law
☒ my own declaration, affirmation, or affidavit
☐ the following additional documents:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-29-16

8/26/16
Dated

_____
Signature

Desmond Witherspoon
Name

_____
Prison Identification # (if incarcerated)

296 North Ave New York, N.Y.
Address                              City              State        Zip Code

_____      _____
Telephone Number (if available)       E-mail Address (if available)

SDNY Rev: 5/24/2016

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_Wotherspoon_

Fill in above the full name of each plaintiff or petitioner.

Case No. _15_ CV _09149_

-against-

_International Olympic Committee_

Fill in above the full name of each defendant or respondent.

## DECLARATION

_Justice for the plaintiff as well as the law being upheld_

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, _Desmond Wotherspoon_, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

_Civil Rights and laws mentioned in previous motions_

Rev. 6/30/16

_____

Attach additional pages and documents if necessary.

_____  ✕✓  _____
Executed on (date)        Signature

Desmond Witherspoon       _____
Name                      Prison Identification # (if incarcerated)

296 North Ave   New York, NY
Address                    City        State    Zip Code

_____    _____
Telephone Number (if available)   E-mail Address (if available)

Page 2