SDNY PRO SE OFFICE
RECEIVED
2017 SEP 18 PM 4:40
S.D. OF N.Y.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Domard W. Henpson

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:15 CV 09149 (LAP)( )

-against-

**NOTICE OF APPEAL**

International Olympic Committee

_____
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Domard Witherspoon

_____
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☑ order entered on: 11/25/15
(date that judgment or order was entered on docket)

that: Notice of Right + Appeal

(If the appeal is from an order, provide a brief description above of the decision in the order.)

9/18/17
Dated

_____
Signature

Witherspoon Domard M
Name (Last, First, MI)

296 Ninth Ave    New York    N.Y.    10013
Address          City        State   Zip Code

_____
Telephone Number

_____
E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

RECEIVED
SDNY PRO SE OFFI
2017 SEP 18 PM 4:4
S.D. OF N.Y.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Desmond Wotherspoon

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

International Olympic Committee

_____
(List the full name(s) of the defendant(s)/respondent(s).)

1:15 CV 09149 (LAP)( )

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 11/25/15 but did not file a notice of appearance within the required time period because:

Overlooked order

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: 9/18/17

Signature: /s/

Name (Last, First, MI): Wotherspoon Desmond M

Address: 296 North Ave
City: New York
State: N.Y.
Zip Code: 10013

Telephone Number: _____

E-mail Address (if available): _____

Rev. 12/23/13

RECEIVED
SDNY PRO SE OFFICE
2017 SEP 18 PM 4:40
S.D. OF N.Y.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Dymond Witherspoon

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:15 CV 09149 (LAP)(  )

-against-

International Olympic Committee

_____
(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit.

9/18/17
Dated

Signature

Witherspoon Dymond M
Name (Last, First, MI)

296 Ninth Ave    New York    NY    10017
Address          City        State  Zip Code

Telephone Number                E-mail Address (if available)

Rev. 12/23/13

## Application to Appeal In Forma Pauperis

Withercyon _____ v. International Olympic Committee    Appeal No. _____

District Court or Agency No. _____

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) <br><br> Signed: _[signature]_____ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. <br><br> Date: 9/18/17 |

My issues on appeal are: (required):

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ — | $ 0 | $ — |
| Self-employment | $ 0 | $ — | $ 0 | $ — |
| Income from real property (such as rental income) | $ 0 | $ — | $ 0 | $ — |

- 1 -

| | | | | |
|---|---|---|---|---|
| Interest and dividends | $ 0 | $ | $ | $ |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): | $ 0 | $ | $ | $ |
| **Total monthly income:** | $ 0 | $ 0 | $ 0 | $ 0 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Sony Productions llc | New Jersey | Currently | $ — |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| — | | | $ |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have? $_____*

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 |
| | | Make and year: |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

- 3 -

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| N/A |  |  |
|  |  |  |
|  |  |  |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? ☐ Yes ☑ No <br> Is property insurance included? ☐ Yes ☑ No | $ 0 | $ — |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ — |
| Home maintenance (repairs and upkeep) | $ 0 | $ — |
| Food | $ 0 | $ — |
| Clothing | $ 0 | $ — |
| Laundry and dry-cleaning | $ 0 | $ — |
| Medical and dental expenses | $ 0 | $ — |

- 4 -

| | | |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 0 | $ — |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ — |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 0 | $ — |
|     Life: | $ 0 | $ — |
|     Health: | $ 0 | $ — |
|     Motor vehicle: | $ 0 | $ — |
|     Other: | $ 0 | $ — |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ — |
| Installment payments | | |
|     Motor Vehicle: | $ 0 | $ — |
|     Credit card (name): | $ 0 | $ — |
|     Department store (name): | $ 0 | $ — |
|     Other: | $ 0 | $ — |
| Alimony, maintenance, and support paid to others | $ 0 | $ — |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ — |
| Other (specify): | $ 0 | $ — |
| **Total monthly expenses:** | $ 0 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes     ☒ No     If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

    *If yes, how much?* $ _____

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    Lack of income - Unpaid wages

12. *Identify the city and state of your legal residence.*

    City __New York__   State __NY__

    Your daytime phone number: _____

    Your age: __30__   Your years of schooling: __Some College__

    Last four digits of your social-security number: __5740__