Plaintiff
Desmond M. Witherspoon

-vs-

Defendant(s)
Raymour & Flanigan

1:15-cv-09149-LAP

2018 JAN 10 PM 2:48

I Desmond M. Witherspoon of 296 ninth Ave New York, NY this day of Jan. 2, 2018 request the United States District Court Southern District of New York to remove mandatory order given in listed cases and grant verdicts in favor of plaintiff.

_____
Signature

1 / 2 / 2018
DATE

Desmond M. Witherspoon
Print NAME

Plaintiff,
Desmond M. Witherspoon

-v-

Defendant(s)
Tombstone Studios Inc

1:15-cv-09146-LAP

I Desmond M. Witherspoon at 296 Ninth Ave New York, NY this day Jan. 2 2018 of request the United States District Court Southern District of New York to remove mandatory order given in listed cases and grant verdict in favor of plaintiff

_____
Signature

1 / 2 / 2018
Date

Desmond M. Witherspoon
Print Name

United States District Court

Case number:
1:15-cv-04571-LAP

Plaintiff
Desmond M. Witherspoon
-vs-
Defendant
CBS Interactive Inc

I Desmond M. Witherspoon of 296 North the New York, NY this day of Jan. 2 2018 request the United States District Court Southern District of New York to remove Man-dation order given in listed cases and grant verdict in favor of plaintiff

_____
Signature

1 / 2 / 2018
DATE

_____
Desmond M. Witherspoon
Print Name

Plaintiff,
Desmond M. Witherspoon

-or-

Defendant(s)
Rivera

1:15-cv-04320-LAP

1. Desmond M. Witherspoon at 296 Ninth Ave New York, NY this day 2 of Jan. 2 2018 request the United States District Court Southern District of New York to remove middle order given in hotel case and grant verdict in favor of plaintiff

_____
Signature

Desmond M. Witherspoon
Print Name

1 / 2 / 2018
DATE

Plaintiff
Desmond M. Witherspoon

-vs-

Defendant(s)
Tompkins

I Desmond M Witherspoon of 296 North Ave New York, NY this day of Jan. 2 2018 request the United States District Court Southern District of New York to remove mandate order given in listed case and grant verdict in favor of plaintiff

_____
Signature

Desmond M. Witherspoon
Print Name

1 / 2 / 2018
DATE

Plaintiff
Desmond M. Witherspoon
-vs-.

Defendant(s)
Canada Federal Courts

1:15-cv-05254-LPP

I Desmond M. Witherspoon of 296 North Ave New York, NY, this day of Jan 2, 2018 request the United States District Court Southern District of New York to remove Modak order given in listed case and grant verdict in favor of plaintiff Desmond M. Witherspoon

_____
Signature

1/2/2018
DATE

_____
Desmond M. Witherspoon
Print Name

United States District Court

Plaintiff:
Desmond Witherspoon
-vs-

Defendant(s)
Governors office of Motion Pictures

1:15-cv-09338-LAP

I Desmond M. Witherspoon of 296 Ninth Ave New York, NY this day of Jan. 2 2018 request the United States District Court Southern District of New York to remove Mandate order given in listed case and grant verdict in favor plaintiff Desmond M. Witherspoon

_____
Signature

_____
Desmond M. Witherspoon
Print Name

1 / 2 / 2018
_____
Date

Plaintiff
Desmond M. Witherspoon
-vs-

United States District Court

Case Number
1:15-cv-09148-LAP

Defendant(s)
Mortech International Inc

I Desmond M. Witherspoon of 296 Ninth Ave New York, NY this day of Jan 2 2018 request the United States District Court Southern District of New York to remove mandate order given in listed case and grant verdict in favor Plaintiff Desmond M. Witherspoon

_____
Signature

Desmond M. Witherspoon
Print Name

1 / 2 / 2018
DATE

Plantiff
Desmond Witherspoon
-vs-
Cophi Sounds

United States District Court Southern
New York

1:15-cv-09149-LAP

I Desmond Witherspoon of 296 North Ave New York, N.Y. this day of Jan. 2 2018 hereby request the United States District Court Southern District of New York to remove mandate order given on listed case and grant verdict in favor of plaintiff Desmond M. Witherspoon

_____
Signature

1 / 2 / 2018
DATE

_____
Desmond M. Witherspoon
Print Name

New York

1:15-cv-09151-LAP

Plaintiff,
Desmond Witherspoon
-v-
JJ Manor

I Desmond M. Witherspoon of 296 Ninth Ave New York, N.Y. this day of Jan. 2 2018 hereby request the United States District Court Southern District of New York to remove mandate order given in listed case and grant verdict in favor of Plaintiff Desmond M. Witherspoon

_____
Signature

_____
Desmond M. Witherspoon
Print Name

1 / 2 / 2018
DATE

Plaintiff,
Desmond M Witherspoon
-v-

Defendant(s)
Dunns & Bradstreet

United States District Court

Case Number
1:15-cv-06543-LAP

I Desmond M. Witherspoon of 296 Ninth Ave New York, NY this day Jan. 2 2018 request the United States District Court Southern District New York to remove Mandate order given in noted case and grant verdict in favor of Plaintiff Desmond M. Witherspoon

_____
Signature

1 / 2 / 2018
DATE

Desmond M. Witherspoon
Print Name

Plaintiff,
Desmond M. Witherspoon
-v-

Defendant(s)
International Olympic Committee

1:15-cv-09149-LAP

I Desmond M. Witherspoon at 296 Ninth Ave New York, N.Y this day of Jan. 2 2018 request the United States District Court Southern District of New York to remove mandate order given in listed case and grant verdict in favor of plaintiff.

_____
Signature

1 / 2 / 2018
DATE

_____
Desmond M. Witherspoon
Print Name

Plaintiff
Desmond M Witherspoon
-vs-
Defendant(s)
Gortex

1:15-cv-09667-LAP

I Desmond M Witherspoon of 296 Ninth Ave New York, NY this day of Jan 2 2018 request the United States District Court Southern District of New York to remove Mandate order given in libel case and grant verdict in favor of plaintiff

_____
Signature

1 / 2 / 2018
DATE

_____
Desmond M Witherspoon
Print Name

Plaintiff
Desmond Witherspoon
-vs-
Defendant(s)
Psychos

1:15-cv-05066-LAP

I Desmond M. Witherspoon of 296 Ninth Ave New York, NY this day of Jan. 2 2018 request the United States District Court Southern District of New York to remove mandate order given in listed cases and grant verdict in favor of plaintiff Desmond M. Witherspoon

_____
Signature

_____
Desmond M. Witherspoon
Print Name

1/2/2018
DATE



Desmond M. Witherspoon
296 Ninth Ave New York, NY

RECEIVED
2018 JAN -9 PM 3:00
CLERK'S OFFICE
S.D.N.Y.

United States District Court Southern District of New York
40 Foley St New York, NY 10007

Pro Se
MG